JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANTHONY GARCIA, SR., <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br> Defendant. | Case No. CV 17-3480-KK <br><br> JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: April 06, 2018

HONORABLE KENLY KIYA KATO
United States Magistrate Judge